**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| GLOBAL TEL*LINK CORPORATION, | : No. 160 MAL 2015 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Commonwealth Court |
| v. | : |
| | : |
| | : |
| | : |
| DEPARTMENT OF CORRECTIONS, | : |
| | : |
| Respondent | : |

## ORDER

**PER CURIAM**

     **AND NOW**, this 12th day of August, 2015, the Petition for Allowance of Appeal is **DENIED**.